```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
SERGIO AGUILAR-CASILLAS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. 08-469 LKK |
| Plaintiff,  ) | ORDER TO CONTINUE STATUS CONFERENCE |
| v.         ) | Date: February 17, 2010 |
| SERGIO AGUILAR-CASILLAS,       ) | Time: 9:15 a.m. |
| Defendant.  ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by the parties, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Aguilar, that the Court should vacate the status conference scheduled for February 17, 2010, at 9:15 a.m., and reset it for March 30, 2010, at 9:15 a.m.

Counsel requires the continuance in order to obtain and review the Advisory Guideline Presentence Investigation Report with Mr. Aguilar.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through March 30, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The

STIPULATION AND ORDER]                              1                              08-469 LKK

parties stipulate that the ends of justice served by granting Mr. Aguilar's request for a continuance outweigh the best interest of the public and Mr. Aguilar in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: February 10, 2010             Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender

                                     /s/ M.Petrik
                                     _____
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender
                                     Attorneys for Defendant

Dated: February 10, 2010             BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ M.Petrik for Michael D. Anderson
                                     _____
                                     MICHAEL D. ANDERSON
                                     Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on March 30, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: February 11, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER]            2                          08-469 LKK